IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Mary Greene-Lamb, | ) | No. CV 10-200-TUC-JCG |
| Plaintiff, | ) ) | **REPORT & RECOMMENDATION** |
| vs. | ) ) | |
| New York Life Insurance Co., *et al.*, | ) ) | |
| Defendants. | ) ) ) | |

Pending before the Court is Plaintiff's Motion for Remand filed on April 12, 2010. (Doc. No. 7.) Plaintiff objects to the Notice of Removal filed on April 6, 2010. On April 20, 2010, Defendants filed a response to the Motion, indicating their consent to remand. (Doc. No. 12.)

Pursuant to the Rules of Practice in this Court, the matter was assigned to Magistrate Judge Guerin. Because the parties have not yet consented to the jurisdiction of the Magistrate, review of this Report & Recommendation was randomly assigned to United States District Court Judge Jorgenson. Upon review of the Motion and response, and good cause appearing, the Magistrate recommends the District Court, after its independent review of the record, enter an order GRANTING Plaintiff's Motion.

Pursuant to 28 U.S.C. § 636(b), any party may serve and file written objections within 14 days of being served with a copy of this Report and Recommendation. If objections are

1 | not timely filed, they may be deemed waived. If objections are filed, the parties should use
2 | the following case number: **CV 10-200-TUC-CKJ.**

DATED this 23rd day of April, 2010.

_____
Jennifer C. Guerin
United States Magistrate Judge