IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| MARY GREENE-LAMB,<br><br>    Plaintiff,<br><br>vs.<br><br>NEW YORK LIFE INS. CO., *et al.*,<br><br>    Defendants. | No. CIV 10-200-TUC-JCG<br><br>**ORDER** |

On April 23, 2010, Magistrate Judge Jennifer C. Guerin issued a Report and Recommendation [Doc. # 13] in which she recommended that Plaintiff's Motion to Remand [Doc. # 7] be granted. The magistrate judge advised the parties that written objections to the Report and Recommendation were to be filed within 14 days of service of a copy of the Report and Recommendation pursuant to 28 U.S.C. § 636(b). No objections have been filed.

Accordingly, after an independent review, IT IS ORDERED:

1. The Report and Recommendation [Doc. # 13] is ADOPTED.

2. Plaintiff's Motion to Remand/Objection to Removal [Doc. # 7] is GRANTED.

3. This matter is REMANDED to the Pima County Superior Court (Cause # C20100639);

4. The Clerk of the Court shall mail a certified copy of this Order to the Clerk of the Pima County Superior Court; and

5. The Clerk of the Court shall then close its file in this matter.

DATED this 11th day of May, 2010.

_____
Cindy K. Jorgenson
United States District Judge